## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

    Plaintiff,

v.                                            CASE NO.  8:16-cv-52-T-26EAJ

DOV SUSSMAN,

    Defendant.
_____/

## O R D E R

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that the Defendant's Motion to Strike Plaintiff's Complaint and Attached Exhibits (Dkt. 14) is denied for failure to comply with the conferral requirements of Local Rule 3.01(g).  Moreover, the Clerk, at the direction of the Court, has modified the security settings with regard to the exhibits.

**DONE AND ORDERED** at Tampa, Florida, on April 22, 2016.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record